No. 769.   PHILLIPS CHEMICAL CO. *v.* DUMAS INDEPENDENT SCHOOL DISTRICT.   Appeal from the Supreme Court of Texas.   Probable jurisdiction noted.   The Solicitor General is invited to file a brief setting forth the views of the United States.   *Clark M. Clifford, Carson M. Glass, Rayburn L. Foster, Harry D. Turner* and *C. J.*

*Roberts* for appellant. *James W. Witherspoon* and *Earnest L. Langley* for appellee. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States, as *amicus curiae,* in opposition to the motion of appellee to dismiss.